UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRUSTEES OF THE LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND, TRUSTEES OF THE LOCAL 464A FINAST PENSION FUND, TRUSTEES OF THE LOCAL 464A OFFICERS, BUSINESS REPRESENTATIVES & OFFICE EMPLOYEES RETIREMENT PLAN, TRUSTEES OF THE LOCAL 464A WELFARE AND PENSION BUILDING FUND, and the OFFICERS OF THE UFCW LOCAL 464A,**<br><br>Plaintiffs,<br><br>v.<br><br>**WACHOVIA BANK, N.A., EVERGREEN INVESTMENT MANAGEMENT, LLC, TATTERSALL ADVISORY GROUP, and WELLS FARGO & CO.,**<br><br>Defendants. | 09-CV-668 (WJM)<br><br>ORDER |

**THIS MATTER** comes before the Court on Defendants' motion to dismiss; and for the reasons stated in the accompanying Letter Opinion; and for good cause appearing;

**IT IS** on this 14th day of July 2009, hereby,

**ORDERED** that Defendants' motion to dismiss is **GRANTED** as to all counts asserted against Defendant Wells Fargo**;** and it is

**FURTHER ORDERED** that Defendants' motion to dismiss is **DENIED** as to all other Defendants.

    /s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**