|  |  |
|---|---|
| TRUSTEES OF THE LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND, et al., | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | |
| -vs- | Hon. William J. Martini<br>Civil Action No. 09-668 (WJM) |
| WACHOVIA BANK, N.A., et al., | |
| Defendant(s). | ORDER SCHEDULING CONFERENCE |

**IT IS** on this 22nd day of April, 2010

**ORDERED** that there shall be a status/settlement conference before the undersigned on **Monday, May 17, 2010** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.


    /s/   Mark Falk
**MARK FALK**
**United States Magistrate Judge**