Joseph H. Meltzer
Peter H. LeVan, Jr.
Shannon O. Lack
Tyler S. Graden
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

George Murphy
Mark Hanna
MURPHY ANDERSON PLLC
1389 Broad St.
Clifton, NJ 07013
(973) 916-0999

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA BANK, N.A., ET AL., <br><br> Defendants. | NOTICE OF FIRM NAME CHANGE <br><br> Civil Action No. 2:09-cv-00668 <br> Honorable William J. Martini |

**TO THE COURT, ALL PARTIES HEREIN, AND THEIR COUNSEL OF RECORD:**

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP hereby advises the Court and all parties in this matter that, effective immediately, the firm's name has been changed to KESSLER TOPAZ MELTZER & CHECK, LLP. Counsel's e-mail addresses have also been changed as follows:

| | |
|---|---|
| **Joseph H. Meltzer:** | **jmeltzer@ktmc.com** |
| **Peter H. LeVan, Jr.:** | **plevan@ktmc.com** |
| **Shannon O. Lack:** | **slack@ktmc.com** |
| **Tyler S. Graden:** | **tgraden@ktmc.com** |

The mailing address, telephone and facsimile numbers remain the same.

Please use this new name on all pleadings, correspondence and other documents.

          Respectfully submitted,

          **KESSLER TOPAZ MELTZER**
           **& CHECK, LLP**

Date: June 3, 2011      By:  /s/ Peter H. LeVan, Jr.
                              Joseph H. Meltzer
                              Peter H. LeVan, Jr.
                              Shannon O. Lack
                              Tyler S. Graden
                              280 King of Prussia Road
                              Radnor, PA 19087
                              (610) 667-7706

                              Mark Hanna
                              **MURPHY ANDERSON PLLC**
                              1701 K Street NW
                              Suite 210
                              Washington, DC 20006
                              (202) 223-2620

                              *Attorneys for Plaintiffs*

Joseph H. Meltzer
Peter H. LeVan, Jr.
Shannon O. Lack
Tyler S. Graden
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

George Murphy
Mark Hanna
MURPHY ANDERSON PLLC
1389 Broad St.
Clifton, NJ 07013
(973) 916-0999

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WACHOVIA BANK, N.A., ET AL., <br><br> Defendants. | **CERTIFICATE OF SERVICE** <br><br> Civil Action No. 2:09-cv-00668 <br> Honorable William J. Martini |

I hereby certify that on June 3, 2011, a true and correct copy of the foregoing was served electronically upon the following counsel, in accordance with Local Rule of Civil Procedure 5.2(14)(b)(1), through the Court's ECF system:

Diane A. Bettino
dbettino@reedsmith.com

Thomas L. Allen
tallen@reedsmith.com

George M. Linge
glinge@reedsmith.com

*Counsel for Defendants*

                                              /s/ Peter H. LeVan, Jr.
                                              Peter H. LeVan, Jr.