**ORDER ON ORAL MOTION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE LOCAL 464a UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A. ET AL.,<br><br>Defendants | Civil Action No: 2:09-cv-668-WJM-MF |

## THIRD AMENDMENT TO PRETRIAL SCHEDULING ORDER

WHEREAS, a Pretrial Scheduling Order was entered in this case on September 22, 2009 ("the 2009 Order");

WHEREAS an Amendment to the Pretrial Scheduling Order was entered in this case on November 14, 2010 (the 2010 Order");

WHEREAS, a Second Amendment to Pretrial Scheduling Order was entered on March 29, 2011 ("the 2011 Order");

WHEREAS, the parties have agreed to attend a mediation on June 22, 2011;

NOW, upon the joint proposal of the parties and for good cause shown,

IT IS on this _13_ day of June, 2011,

**ORDERED THAT:**

All deadlines set forth in the 2011 Order are hereby STAYED pending the outcome of the parties' mediation and further order of this Court.

The parties shall advise the Court on or before July 8, 2011, of the status of their mediation efforts and, if necessary, propose new deadlines for those set forth in the 2011 Order.

The Honorable Mark Falk
United States Magistrate Judge