UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A. ET AL.,<br><br>Defendants | Civil Action No: 2:09-cv-668-WJM-MF |

[~~PROPOSED~~] REVISED SCHEDULING ORDER

WHEREAS a Pretrial Scheduling Order was entered in this case on September 22, 2009 ("the 2009 Order");

WHEREAS an Amendment to the 2009 Order was entered in this case on November 14, 2010;

WHEREAS a Second Amendment to the 2009 Order was entered in this case on March 29, 2011;

WHEREAS an Amended Pretrial Scheduling Order was entered in this case on July 22, 2011;

NOW, upon the joint proposal of the parties and for good cause shown,

IT IS on this __30__ day of January, 2012,

ORDERED THAT:

1.  Plaintiffs' rebuttal expert reports shall be served by January 30, 2012.

2.  All expert depositions shall be completed by March 16, 2012.

3.  ~~Dispositive motions, if any, shall be filed by April 30, 2012.~~

The Honorable Mark Falk
United States Magistrate Judge