UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TRUSTEES OF THE LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND**, *et al.*,<br><br>                    **Plaintiffs**,<br>v.<br><br>**WACHOVIA BANK, N.A.**, *et al.*,<br><br>                    **Defendants.** | Civil Action No. 09-668 (WJM)<br><br>**<u>ORDER</u>** |

**THIS MATTER** having come before the Court for a status conference on April 13, 2012; and for good cause shown;

**IT IS** on this 13th day of April 2012,

**ORDERED** that, there shall be a **final** settlement conference **in-person** before the Undersigned on **Friday, May 25, 2012, at 10:00 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Newark, New Jersey. **In addition to counsel, individual client representatives with full settlement authority are required to attend the conference in-person**. The conference will not be adjourned absent extraordinary circumstances. Failure to comply with this Order in any way may result in imposition of the full range of available sanctions. <u>See</u> Fed. R. Civ. P. 16(f), 37;

**AND IT IS FURTHER ORDERED THAT**:

1.   A **Final Pretrial Conference** shall be conducted pursuant to Federal Rule of Civil Rule 16 on **Friday, June 22, 2012, at 10:00 a.m.** before the undersigned at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark,

New Jersey.

2.  All counsel are directed to assemble at the office of Plaintiff's counsel not later than ten (10) days before the pretrial conference to prepare the Pretrial Order in the form and content required by the Court. Plaintiff's counsel shall prepare the Pretrial Order and shall submit it to all other counsel for approval.

3.  The original of the Pretrial Order and all required submissions shall be delivered to Chambers on or before **Wednesday, June 20, 2012, at 4:00 pm.**. All counsel are responsible for the timely submission of the Pretrial Order. A copy of Judge Martini's form of Final Pretrial Order and other instructions have been supplied to you.

4.  Failure to comply with any of the terms of this Order **WILL** result in the imposition of the **FULL RANGE** of available sanctions, up to and including suppression of pleadings and monetary sanctions. See Fed. R. Civ. P. 16(f), 37.

          s/Mark Falk  
          **MARK FALK**  
          **United States Magistrate Judge**