UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------X
TRUSTEES OF LOCAL 464, et al

      Plaintiffs,                     2:09-CV-0668WJM

v.

                                  ORDER OF DISMISSAL

WACHOVIA BANK, N.A.,

      Defendant.
----------------------------X


The parties having notified the Court that the above action has been settled,

It is on this 23rd day of May, 2012

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.


                             s/William J. Martini

                         _____

                         WILLIAM J. MARTINI, U.S.D.J.