IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE LOCAL 464A UNITED FOOD AND COMMERCIAL WORKERS UNION PENSION FUND, ET AL.,<br><br>                      Plaintiffs,<br><br>   v.<br><br>WACHOVIA BANK, N.A., ET AL.,<br><br>                      Defendants. | Civil Action No. 2:09-cv-00668<br>Honorable William J. Martini |

### VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Trustees of the Local 464A United Food and Commercial Workers Union Pension Fund, the Local 464A Finast Pension Fund, the Local 464A Officers, Business Representatives & Office Employees Retirement Plan, the Local 464A Welfare and Pension Building Fund and Officers of Local 464A United Food and Commercial Workers Union, and Defendants Wachovia Bank, N.A., Evergreen Investment Management Company, LLC and Tattersall Advisory Group, hereby voluntarily dismiss the above-captioned matter, with prejudice, according to the terms of the Confidential Settlement Agreement and Release, executed by the parties on July 11, 2012.

Submitted this 12th day of July 2012

| **KESSLER TOPAZ** | **REED SMITH LLP** |
|---|---|
| **MELTZER & CHECK LLP** | |
| | |
| */s/ Peter H. LeVan, Jr.* | */s/ Thomas L. Allen* |
| Joseph H. Meltzer | Thomas L. Allen |
| Peter H. LeVan | Justin J. Kontul |
| Shannon O. Braden | Reed Smith Centre |
| 280 King of Prussia Road | 225 Fifth Avenue |
| Radnor, PA 19087 | Pittsburgh, PA 15222 |
| Tel: 610-667-7706 | Tel: 412-288-3131 |